# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERESA RENITA BURWELL,
                    Appellant,
            vs.
NEVADA ORTHOPEDIC AND SPINE
CENTER LLP; AND ARTHUR TAYLOR,
M.D.,
                    Respondents.

No. 84965

**FILED**

JUL 0 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting appellant's motion for trial de novo and granting respondents' motion to remove the case from the short trial program. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, to the extent appellant challenges the order granting her request for a trial de novo, appellant is not aggrieved by the decision. *See* NRAP 3A(a) (only an aggrieved party may appeal). In addition, no statute or court rule provides for an appeal from an order removing a case from the short trial program. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court may only consider appeals authorized by statute or court rule"); *see also* NRS 38.247. Accordingly, this court lacks jurisdiction and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.                    _____, J.
Stiglich                                Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-21485

cc: Hon. Adriana Escobar, District Judge
    Teresa Renita Burwell
    McBride Hall
    Eighth District Court Clerk